UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | |
|---|---|
| FRANCES BENSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7: 13-022-DCR |
| ) | |
| V. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | **JUDGMENT** |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

*** *** *** ***

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The administrative decision of Carolyn W. Colvin, Acting Commissioner of Social Security, is **AFFIRMED** and Judgment is entered in her favor with respect to all issues.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 11th day of August, 2014.

